07/24/2009 11:20 FAX 212 805 7817    Hon. Robert P. Patterson    ☒002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LARRY POUNCY,

                    Plaintiff,        06 Civ. 4777 (RPP)

   - against -                 **ORDER**

DANKA OFFICE IMAGING COMPANY,

                    Defendant.
----------------------------------------X

ROBERT P. PATTERSON, JR., U.S.D.J.

    By order of this Court, the trial scheduled to commence on July 27, 2009 will be adjourned to August 3, 2009 at 9:30 a.m.

    IT IS SO ORDERED.

Dated: New York, New York
       July 24, 2009

                                      Robert P. Patterson, Jr.
                                      U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09
```

Copies of this Order sent to:

*Counsel for Plaintiff:*

Giskan, Solotaroff & Anderson, LLP
11 Broadway, Suite 2150
New York, NY 10004
Attn: Jason L. Solotaroff, Esq.
Tel: 212-847-8315
Fax: 646-520-3235
email: jsolotaroff@gslawny.com

*Counsel for Defendant:*

Ford & Harrison
100 Park Avenue, Suite 2500
New York, NY 10017
Attn: Elena Gilaad, Esq.
Tel: 212-453-5900
Fax: 212-453-5959