UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LARRY POUNCY,

                Plaintiff,                      06 **CIVIL** 4777 (RPP)

       -against-                          **JUDGMENT**

DANKA OFFICE IMAGING COMPANY,
                Defendant.
-------------------------------------------------------------X

       The issues in the above-entitled action having been brought on for trial before the Honorable Robert P. Patterson, United States District Judge, and a jury on August 3, 2009, and at the conclusion of the trial on August 6, 2009, the jury having returned a verdict in favor of the defendant, it is,

       **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
             August 7, 2009

**SO ORDERED**

_____
      **USDJ**

**J. MICHAEL McMAHON**
_____
      **Clerk of Court**

BY: _____
      **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____